RECEIVED
USDC, WESTERN DISTRICT OF LA
DANIEL J. McCOY, CLERK

DATE: _____
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 24-00264-10 |
| | * | |
| VERSUS | * | DISTRICT JUDGE DOUGHTY |
| | * | |
| KIMONI MCMURRAY, | * | MAGISTRATE JUDGE MCCLUSKY |
| a.k.a. "KiMoney" | * | |

## FACTUAL BASIS

This factual basis is submitted in accordance with Federal Rule of Criminal Procedure 11(f).  The parties signing below agree and stipulate to the following factual matters as the basis for the defendant, **Kimoni McMurray, a.k.a. "KiMoney"**, pleading guilty to count one of the Second Superseding Indictment:

Since at least by November 1, 2023 and continuing through November 27, 2024, **McMurray** obtained methamphetamine from Cornelius Boston.  **McMurray** admits that "man" is a street term for methamphetamine.  **McMurray** paid Boston via Cash App for his supply of methamphetamine, and he distributed the drug in and around Ruston, Louisiana.

**McMurray** admits that, prior to the instant offense, he was convicted of Conspiracy to Distribute Cocaine in 2015 and served at least one year of imprisonment for this prior conviction.

The above-described facts do not represent the totality of the evidence obtained in this case.  Nevertheless, the parties signing below agree and stipulate that preceding paragraphs adequately describe the defendant's role in the offense of Conspiracy to Distribute and Possess with Intent to Distribute 50 Grams or More of Methamphetamine

11

and 500 Grams or More of a Mixture and Substance Containing Methamphetamine for purposes of establishing his guilt beyond a reasonable doubt to Count One of the Second Superseding Indictment.

Dated: 2/13/26

KEITH T. WHIDDON
Counsel for Defendant

Dated: 2/13/26

KIMONI MCMURRAY, a.k.a. "KiMoney"
Defendant

Dated: 2/13/26

ZACHARY A. KELLER
United States Attorney

JESSICA D. CASSIDY, LA Bar No. 34477
Assistant United States Attorney