RECEIVED
JDC, WESTERN DISTRICT OF LA
DANIEL J. McCOY, CLERK

ATE:    2/13/26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 24-00264-10 |
| | * | |
| VERSUS | * | DISTRICT JUDGE DOUGHTY |
| | * | |
| KIMONI MCMURRAY, | * | MAGISTRATE JUDGE MCCLUSKY |
| a.k.a. "KiMoney" | * | |

## ELEMENTS OF OFFENSE

**Count One**
Conspiracy to Distribute & Possess with Intent to Distribute Methamphetamine
21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), and 846

Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii), and 846 make it a crime for anyone to conspire with someone else to commit a violation of certain controlled substances laws of the United States.

Methamphetamine is a controlled substance within the meaning of federal law.

For you to be found guilty of this crime, the government must prove each of the essential elements beyond a reasonable doubt:

*First:*    That two or more persons, directly or indirectly, reached an agreement to distribute and possess with intent to distribute methamphetamine;

*Second:*    That the defendant knew of the unlawful purpose of the agreement;

*Third:*    That the defendant joined in the agreement willfully, that is, with the intent to further its unlawful purpose;

*Fourth:*    That the overall scope of the conspiracy involved at least 50 grams or more of methamphetamine and 500 grams or more of a mixture and substance containing methamphetamine; and

*Fifth:*    That the defendant knew or reasonably should have known that the scope of the conspiracy involved at least 50 grams or more of

7

methamphetamine and 500 grams or more of a mixture and substance containing methamphetamine.

One may become a member of a conspiracy without knowing all the details of the unlawful scheme or the identities of all the other alleged conspirators. If a defendant understands the unlawful nature of a plan or scheme and knowingly and intentionally joins in that plan or scheme on one occasion, that is sufficient to convict her for conspiracy even though the defendant had not participated before and even though the defendant played only a minor part.

The foregoing elements of offense have been read, understood, and signed:

Dated: ___2/13/26___

_____
KEITH T. WHIDDON
Counsel for Defendant

Dated: ___2/13/26___

_____
KIMONI MCMURRAY, a.k.a "KiMoney"
Defendant

8